

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER ON MOTION FOR REHEARING

Appellate case name:         Rocky Annis v. The State of Texas

Appellate case number:     01-19-00244-CR

Trial court case number:    73315

Trial court:                        23rd District Court of Brazoria County

Date Motion Filed:             May 22, 2019

Appellant has filed a "Notice of Appeal" in this Court, which we construe as a motion for rehearing. *See* TEX. R. APP. P. 49.1. It is ordered that the motion for rehearing is **denied**.

Judge's signature: /s/ Russell Lloyd_____
                              Acting for the Court

Panel consists of Justices Lloyd, Landau, and Countiss.

Date:   \_\_\_June 20, 2019\_